NO. 07-07-0278-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



APRIL 3, 2008


______________________________



VALERO MARKETING AND SUPPLY COMPANY


AND DOUBLE S PETROLEUM, LTD., APPELLANTS



V.



SUPER CIRCLE 7 FOOD STORES, INC., APPELLEE


_________________________________



FROM THE 381ST DISTRICT COURT OF STARR COUNTY;



NO. DC-04-23; HONORABLE JOSE LUIS GARZA, JUDGE


_______________________________




Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS


 Appellant, Valero Marketing and Supply Company, filed a timely notice of appeal
from the trial court's Amended Final Judgment Confirming Arbitration Award executed on
July 25, 2007. Valero has now filed an Amended Motion to Dismiss Appeal pursuant to
Texas Rule of Appellant Procedure 42.1, asserting that Valero and the parties who
obtained a judgment against it have reached a settlement agreement regarding the matters
at issue in Valero's appeal. This disposition is authorized by Rule 42.1 (a)(1) of the Texas
Rules of Appellate Procedure and does not prevent other parties seeking relief. Finding
the motion complies with the requirements of Rules 6.6 and 42.1(a) and (b), we shall
dismiss Valero's appeal and, as agreed by the parties reaching settlement with Valero,
assess costs to the parties who incurred them. 

 Accordingly, this appeal is dismissed but only as to appellant Valero Marketing and
Supply Company. Tex. R. App. P. 42.1a(1) and (b). 


 Per Curiam